**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT PEARSON, an individual,<br><br>                                                Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a California Municipal Corporation; et al.,<br><br>                                                Defendants. | Case No.:  3:17-cv-01452-H-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 22] |

On August 3, 2018, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 22.) For good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

DATED: August 6, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT